40,355-04

RONALL WAYNE HARRISON
1484657 ALLRED UNIT
2101 FM 369 NORTH
IOWA PARK,TEXAS 76367

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 3 0 2015

Abel Acosta, Clerk

NOVEMBER 20 2015

HONORABLE ABEL ACOSTA-CLERK
COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308,CAPITOL STATION
AUSTIN,TEXAS 78711

RE; EX PARTE RONALL WAYNE HARRISON, NO. WR-40,355-04
    MOTION TO STAY AND HOLD IN ABEYANCE COURTS DECISION

Dear Mr. Acosta,

   Please find enclosed a copy of applicant's motion to Hold the the above mentiond application in abeyance until the applicant is given the opportunity to file his specific objections in this matter.

The applicant is not a learned attorney and had previously filed this motion in the wrong court. Applicant has now filed this in the District Trial court.

Please file this copy that I have enclosed with the records in this matter,and please notify me when you have received it.

Your time,help,and understanding in this matter is most greatly appreciated.
Thank you.

                                      Sincerely,
                                      Ronall W. Harrison,pro se

RONALL WAYNE HARRISON
1484657 ALLRED UNIT
2101 FM 369 NORTH
IOWA PARK, TEXAS 76367

NOVEMBER 20 2015

Ms. Tracie Pippin
JACK COUNTY DISTRICT CLERK
100 MAIN STREET
JACKSBORO, TEXAS 76458

RE: Ex Parte RONALL WAYNE HARRISON, CAUSE NO. 4205-C
    CCA# WR-40,355-04

Dear Ms. Pippin,

   Please find enclosed the original of Applicant's MOTION TO STAY
THE COURT'S DECISION and hold in abeyance any further proceedings in
this matter.

Please file this with the Court and forward accordingly.

Please also notify me of the date of filing and transmittal to the
Court of Criminal Appeals.

Your time, help, and understanding in this matter is most greatly
appreciated.
Thank you.

                                        Sincerely,

                                        RONALL W. HARRISON, pro se
                                        defendant/applicant

cc:file/rwh
w/enclosure

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

NO. WR-40,355-04

| | | |
|---|---|---|
| EX PARTE | § | IN THE 271st |
| | § | DISTRICT COURT OF |
| | § | JACK COUNTY,TEXAS |
| RONALL WAYNE HARRISON | § | TRIAL COURT NO.4205-C |

MOTION TO STAY THE COURTS DECISION AND
HOLD IN ABEYANCE THE ABOVE REFERENCED APPLICATION

TO THE HONORABLE JUSTICES OF SAID COURT;

COMES NOW,RONALL WAYNE HARRISON,Applicant,and files this,his
MOTION TO STAY THE COURT'S DECISION and hold in abeyance any further
proceedings in this matter until the applicant can obtain the Traal
court records and file his specific objections to the court's findings
of fact and conclusions of law,and will show the court the following
in support of this motion;

I.

On March 4 2015,this Honorable Court ordered the Trial Court to
conduct a live evidentairy hearing,which the trial court did on
September 22 2015. At the conclusion of the hearing,and on the record,
applicant's attorney requested that he be provided with a copy of
the courts findings of fact and conclusions of law,prior to the
court forwarding same to this Court before the deadline of October
30 2015,in order to file objections,if needed.

## II.

On October 22 2015,applicant received a letter from his appointed attorney,Mr. William H. Ray,that stated if the applicant any records in relation to the hearing,that applicant would have to contact the court reporter,and the court clerk for these documents because "his appointment in this matter was complete".

## III.

On October 26 2015,applicant sent a request to the clerk and made a request for any response,answer,motion,or other pleading filed by the state,be forwarded to the applicant,in accordance with the T.C.C.P. article 11.07,section 7.

## IV.

Applicant also filed a Motion for a copy of the supplemental record from the court reporter and court clerk on October 26 2015,because the record contains several exhibits that were not part of the original proceedings,nor were they included in the record at trial. The applicant has never seen these documents,including affidavits,and he has not been allowed to read them or object to them,and is unaware of what statements they contain that have been presented to the Courts as evidence.The applicant is being denied his right to file any objections to these documents,as well as his right to confront the witnesses that presented these affidavits and evidence to the state.

## V.

As of todays date,November 20 2105,the applicant has received none of the documents,except a copy of the Trial Court's findings of fact and conclusions of law.

## VI.

As a pro se applicant, I am being locked out of the proceedings, and being denied my right to file specific objections by the continued game of ping pong that the clerk, and my attorney are playing by being told that I need to contact the clerk for the records, whom then tells me that I need to contact my attorney. Applicant therefore respectfully request this matter be held in abeyance, until the applicant has received all documents from the clerk, his attorney, or anyone that I can obtain them from, in order to file my objections in this matter.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, applicant respectfully, and humbly, prays that this Honorable Court will grant this motion, and hold any decision in this matter. The applicant will show this Court that the trial courts findings of fact are unsupported by the record and evidence that was presented at the hearing, if this court will give him the opportunity to do so.

Respectfully Submitted,

RONALL WAYNE HARRISON, pro se
applicant/defendant